IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ISRAEL ORTIZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:19-CV-30 |
| | § | |
| SGT. GUZMAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court is in receipt of the revised Memorandum and Recommendation ("M&R") by the Magistrate Judge. Dkt. No. 40. No objections have been filed to the M&R. *See id.* (setting 14 day deadline for objections).

The Magistrate Judge recommends granting Defendant Sergeant C. Guzman's ("Guzman") motion for summary judgment on qualified immunity grounds and dismissing all remaining claims. Dkt. No. 40.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS**[1] the M&R, Dkt. No. 40, **GRANTS** Guzman's motion for summary judgment on qualified immunity grounds and **DISMISSES** all remaining claims in this proceeding. Final Judgment will enter separately.

SIGNED this 8th day of January, 2021.

Hilda Tagle
Senior United States District Judge

---

[1] The Court declines to adopt the non-substantive typographical error on page three that reads "broken nail cloppers" instead of "broken nail clippers."